UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BECKY NEWKIRK,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>HIGHLAND PARK CVS, L.L.C., JASAN  )<br>LLC, a Delaware Limited Liability Company  )<br>And ROSEFF, LLC, a Delaware Limited  )<br>Liability Company  )<br>  )<br>  Defendants.  )  | Case No. _____<br><br>Formerly in the Circuit Court of the<br>Eighth Judicial Circuit of Illinois,<br>Adams County<br><br>JURY DEMANDED |

## NOTICE OF REMOVAL

Defendants HIGHLAND PARK CVS, L.L.C., ("Highland Park CVS"), JASAN LLC, a Delaware Limited Liability Company, ("JASAN"), and Roseff, LLC, a Delaware Limited Liability Company, ("ROSEFF") by and through its attorneys, hereby removes Case No. 15 L 51 from the Circuit Court of the Eighth Judicial Circuit of Illinois, Adams County, to the United States District Court for the Central District of Illinois – Springfield, Illinois, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and as grounds for its removal, Defendant states as follows:

### I.   INTRODUCTION

1. On 11/19/2015, Plaintiff Becky Newkirk filed a Complaint in the Circuit Court of Adams County, Illinois, styled *Becky Newkirk v. Jasan LLC a Delaware Limited Liability Company*; *Roseff LLC, a Delaware Limited Liability Company; and CVS Pharmacy, Inc., a Rhode Island Corporation*, Case No. 15 L 051. A copy of the Original Complaint is attached as Exhibit A.

{01193368.DOCX / }

2. The original Complaint alleged that Plaintiff sustained injuries and incurred damages in excess of $50,000.00 as a result of Defendants' negligence in maintaining the sidewalk. (Exhibit "A").

3. The Complaint was served on JASAN LLC and ROSEFF LLC on 12/1/2015. (Exhibit "B").

4. The Complaint was served on CVS Pharmacy, Inc. on 12/7/15. (Exhibit "C").

5. On 2/22/16, the Circuit Court granted Plaintiff's motion to amend her Complaint to add Highland Park CVS as a Defendant and dismiss CVS Pharmacy, Inc., as a Defendant. (Exhibit "D").

6. On 3/3/16, Plaintiff filed her Amended Complaint at Law. The Amended Complaint named Highland Park CVS, JASAN LLC and ROSEFF, LLC as Defendants. (See Exhibit "E"). A copy of the Amended Complaint was served by regular mail on Highland Park CVS on 3/6/2016. (Exhibit "F").

## II.    ARGUMENT

7. At the time this action was commenced against Highland Park CVS, and since then, upon information and belief, Plaintiff resides and is a citizen of the State of Illinois, currently living in Adams County, Illinois.

8. Defendants Highland Park CVS, JASAN and ROSEFF are all limited liability Companies and their citizenship is therefore determined by the citizenship of its LLC members. For purposes of determining diversity jurisdiction, a limited liability company's citizenship is the citizenship of its members. *Belleville Catering Co. v. Champaign Market Place, LLC*, 350 F.3d 691, 692 (7th Cir. 2003). *Kroll v. Ceva Freight, LLC*, No. 13 C 8651, 2014 WL 43641, at *1

(N.D. Ill. Jan. 6, 2014) ("an LLC is a citizen of every State of which any of the LLC's members is a citizen.").

9. At the time this action was commenced and since then, Defendant Highland Park CVS's sole member is CVS Pharmacy, Inc., a corporation organized under the laws of the State of Rhode Island and having its principal place of business in Woonsocket, Rhode Island. Therefore, Defendant Highland Park CVS's sole member is a citizen of the State of Rhode Island and, for the purpose of determining diversity jurisdiction, Defendant Highland Park CVS is a citizen of the State of Rhode Island.

10. At the time this action was commenced and since then, Defendant JASAN's members are: Jeffrey Sandelman, Alison Schreier, and Tracy Brewer, as Successor Co-Trustees of the Jasan Trust. All three Trustees are citizens of Florida. Further, Kinsan Management Corporation, the manager of Jasan, is a corporation organized under the laws of Delaware with its principal place of business in Boca Raton, Florida and is a citizen of Florida.

11. At the time this action was commenced and since then, Defendant ROSEFF's members are, Steven Sandelman, Elyse Sandelman and Tracy Brewer, as Successor Trustees of the Roseff Trust. Mr. Sandelman and Ms. Brewer are Florida citizens. Ms. Sandelman is a citizen of Colorado. Further, Kinsan Management Corporation, the manager of Roseff, is a corporation organized under the laws of Delaware with its principal place of business in Boca Raton, Florida and is a citizen of Florida. Therefore, JASAN and ROSEFF's sole members and managers are Florida and Colorado citizens. For the purpose of determining diversity jurisdiction, JASAN is a Florida citizen and ROSEFF is a Florida and Colorado citizen.

12. There is complete diversity between Plaintiff and Defendants in this action. *See* 28 U.S.C. § 1441(b)(2).This Court has jurisdiction over this matter under 28 U.S.C. § 1332(a)

because there is complete diversity of citizenship between Plaintiff, an Illinois citizen and Defendants, Rhode Island, Colorado and Florida citizens, and there is more than $75,000.00 at stake.

13. Defendant submits that the amount in controversy exceeds $75,000. Plaintiff allegedly sustained facial injuries from her fall and in her complaint alleges that she: "(a) was caused to suffer severe, permanent and disfiguring injuries, internally and externally, which have caused and will continue to cause her pain in body and mind; and (b) was caused to expend, and will be compelled to expend in the future, large sums of money for medical care for the treatment of said injuries." (*Id*.). Plaintiff prays for judgment against Defendants, "in a sum that is fair and reasonable and in excess of fifty thousand dollars ($50,000.00), for prejudgment interest, for the costs herein incurred and for such other and further relief as the court deems just and proper under the circumstances."

14. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all of the process, pleadings, orders, and documents from the State Court Action which have been served upon Defendants, Highland Park CVS, Jasan, and Roseff, are being filed along with this Notice of Removal. (See Exhibits A-F).

15. This action is a civil one of which the United States District Courts have original jurisdiction under 28 USC §1332.

16. Co-Defendants JASAN and ROSEFF consent to Highland Park CVS LLC's Removal Petition and are filing an appearance simultaneously with this notice of removal. (See Exhibit G).

17. This Notice of Removal has been filed within thirty days of the date Defendant Highland Park CVS was served with the Plaintiff's Amended Complaint dated 3/2/16 on 3/6/16,

naming it as a Defendant. (Ex. F). *See Save-A-Life Found., Inc. v. Heimlich*, 601 F. Supp. 2d 1005, 1009 (N.D. Ill. 2009) (holding that "each defendant in a case is entitled to remove an action from state to federal court, regardless of whether earlier-served defendants declined to do so, so long as all defendants consent to removal").

18.   Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the United States District Court for the Central District of Illinois is the federal judicial district embracing the Circuit Court of Eighth Judicial Circuit, Adams County Illinois, where Plaintiff originally filed her State Court Action, Case No. 15 L 51.

### III.   CONCLUSION

By this Notice of Removal, Defendant does not waive any objections it may have as to service, jurisdiction or venue, or any other objections it may have to this action. Defendant intends no admission of fact, law, or liability by this Notice of Removal, and expressly reserves all defenses and/or motions available to it.

WHEREFORE, Defendant HIGHLAND PARK CVS, L.L.C., prays that this action be removed from the Eighth Judicial Circuit of Illinois, Adams County, to the United States District Court for the Central District of Illinois-Springfield.

Respectfully submitted,

/s/ Jeffrey E. Kehl
One of the Attorneys for HIGHLAND PARK CVS, L.L.C.

Jeffrey E. Kehl (ARDC No. 6202169)
Bryce Downey & Lenkov LLC
200 N. LaSalle Street
Suite 200
Chicago, IL  60601
(312) 377-1501
jkehl@bdlfirm.com

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) SS. | |
| COUNTY OF COOK | ) | |

Jeffrey E. Kehl, being first duly sworn on oath, deposes and says that:

1. He is the attorney for the Defendant in this cause;

2. He has prepared and read the petition for removal filed in this cause and has personal knowledge of the facts and matters contained in it; and

3. The facts and allegations contained in the petition for removal are true and correct.

BRYCE DOWNEY & LENKOV LLC

HIGHLAND PARK CVS LLC,

By: /s/ Jeffrey E. Kehl
One of Defendant's Attorneys

Jeffrey E. Kehl (ARDC No. 6202169)
Bryce Downey & Lenkov LLC
200 N. LaSalle Street
Suite 2700
Chicago, IL  60601
(312) 377-1501
(312) 377-1501 – Fax
jkehl@bdlfirm.com

{01193368.DOCX / }                              6

# CERTIFICATE OF SERVICE

I, Jeffrey E. Kehl, an attorney certify that on April 1st, 2016, I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF filing system. I further certify that I served the foregoing document on the following attorneys of record:

>Donald R. Schuering
>Goehl, Schuering, Cassens & Bier
>506 Vermont St.
>Quincy, IL  62301

by mailing a copy to the named attorneys at the respective addresses and depositing the same in the U.S. mail at 200 North LaSalle Street, Chicago, Illinois 60601 at 5:00 p.m. on April 1st, 2016, with proper postage prepaid.

[X]   Under penalties as provided by law pursuant to 735 ILCS5/1-109, I certify that the information set forth herein is true and correct.

>/s/ Jeffrey E. Kehl