IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL
CIRCUIT OF ILLINOIS, ADAMS COUNTY

| | |
|---|---|
| BECKY NEWKIRK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NOV 19 2015 |
| vs. ) | No. 15-L-51 |
| ) | |
| JASAN, LLC, a Delaware Limited Liability ) | |
| Company; ROSEFF, LLC, a Delaware Limited ) | |
| Liability Company; and CVS Pharmacy, Inc., ) | |
| a Rhode Island Corporation, ) | |
| ) | |
| Defendants. ) | Jury Trial Demanded |

## COMPLAINT

**NOW COMES** the Plaintiff, BECKY NEWKIRK, by her attorneys, GOEHL, SCHUERING, CASSENS, & BIER, in the person of Donald R. Schuering, and for her Complaint against Defendants, JASAN, LLC; ROSEFF, LLC; AND CVS PHARMACY, INC., states as follows:

### JURISDICTION AND VENUE

1. At all times relevant to this action, Plaintiff, Becky Newkirk, was and is a resident of Quincy, Adams County, Illinois.

2. Defendant, Jasan, LLC, is a Delaware limited liability company, and owns a 50% interest in the real estate located at 436 N. 30th Street/3001 Broadway, Quincy, Adams County, Illinois.

3. Defendant, Roseff, LLC, is a Delaware limited liability company, and owns a 50% interest in the real estate located at 436 N. 30th Street/3001 Broadway, Quincy, Adams County, Illinois.

DOC TYPE: LAW
CASE NUMBER: 15L51
DEFENDANT: CVS PHARMACY, INC
208 S LASALLE ST
CHICAGO IL 60601

SERVICE INF
CT CORPOR
ATTACHED

DIE DATE
12/16/2015

4. Defendant, CVS Pharmacy, Inc., is a Rhode Island corporation authorized to do business in the State of Illinois, and owns a retail establishment at 436 N. 30th Street/3001 Broadway, Quincy, Adams County, Illinois.

5. Venue is proper in Adams County, Illinois, pursuant to 735 ILCS 5/2-101, because the Defendants, Jasan, LLC and Roseff, LLC, own real property in Adams County, Illinois; Defendant, CVS Pharmacy, Inc., is authorized to do business in Illinois and operates a business in Adams County, Illinois; and the incident and occurrence giving rise to this cause of action occurred in Adams County, Illinois and occurred on real property owned by Defendants, Jasan, LLC and Roseff, LLC, and upon which Defendant, CVS Pharmacy, Inc. operates it business.

## CAUSE OF ACTION AGAINST ALL DEFENDANTS
## (NEGLIGENCE/PREMISES LIABILITY)

6. On or about February 6, 2015, at approximately 2:00 p.m., Plaintiff, Becky Newkirk, was walking from the parking lot at 436 North 30th Street/3001 Broadway, Quincy, Illinois (the "Premises") to the sidewalk preparing to enter into the CVS Pharmacy at that location.

7. When Plaintiff reached the sidewalk/curb, she stepped up onto the curb and onto an uneven, broken, crushed, and damaged segment of the curbing and walkway, causing Plaintiff's foot to become lodged and caught, and causing Plaintiff to fall.

8. In the course of ownership, operation, maintenance, possession and control of the Premises, the Defendants invited customers and the public, including the Plaintiff, to enter said Premises for the purpose of parking their vehicles, and shopping at the CVS store.

9. The Plaintiff was lawfully upon the Premises, pursuant to said invitation, as a customer intending to shop at the CVS store.

10. Defendants owed a duty to exercise ordinary care to avoid causing injury to Plaintiff.

{00037650.DOCX}

11. At all times relevant herein, the Plaintiff was in the exercise of ordinary care and caution for her own safety.

12. At the time and place referred to above, Defendants breached its duty to Plaintiff by committing one or more of the following acts or omissions of negligence:

    a. Defendants failed to maintain the premises in a reasonably safe manner so as to avoid the injury to the Plaintiff.

    b. The damaged portion of the curbing and walkway constituted an unreasonably safe condition and although Defendants knew, or should have known, of the condition, Defendants failed to take the appropriate steps to make the condition safe.

    c. Defendants failed to warn Plaintiff of the condition;

    d. Defendants failed to maintain a reasonably safe means of passage for its customers.

13. As a direct and proximate result of one or more of the foregoing acts of negligence of Defendants, Plaintiff (a) was caused to suffer severe, permanent and disfiguring injuries, internally and externally, which have caused and will continue to cause her pain in body and mind; and (b) was caused to expend, and will be compelled to expend in the future, large sums of money for medical care for the treatment of said injuries.

WHEREFORE, Plaintiff, BECKY NEWKIRK, prays for judgment against Defendants, , JASAN, LLC; ROSEFF, LLC; AND CVS PHARMACY, INC., in a sum that is fair and reasonable and in excess of fifty thousand dollars ($50,000.00), for prejudgment interest, for the costs herein incurred and for such other and further relief as the court deems just and proper under the circumstances.

{00037650.DOCX}

Respectfully Submitted,

BECKY NEWKIRK, Plaintiff

BY GOEHL, SCHUERING, CASSENS & BIER
their attorneys

Per _____
One of their attorneys

## VERIFICATION

The undersigned, under penalties as provided pursuant to 735 ILCS 5/1-109, certifies that she is the Plaintiff herein, and as such is familiar with the facts and circumstances of the incident alleged herein, and further certifies that the statements and allegations set forth in this Complaint and those allegations deemed alleged are true and correct, except as to matters therein stated to be on information and belief, and as to such matters, the undersigned certifies as aforesaid that she verily believes the same to be true.

Date: November 18, 2015        _____
                                Becky Newkirk

Subscribed and sworn to before me this 18th day of November, 2015,

_____
Notary Public

Donald R. Schuering
GOEHL, SCHUERING, CASSENS & BIER
506 Vermont St.
Quincy, IL 62301
Telephone: (217) 224-2555
Fax: (217) 224-2569
E-Mail Address: drs@gsclawnet.com
    Attorney for Plaintiff

OFFICIAL SEAL
CHRISTINE F. INMAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES OCT. 10, 2016

{00037650.DOCX}                    4

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL
CIRCUIT OF ILLINOIS, ADAMS COUNTY



NOV 1 9 2015

Lori R. Geschwandner
Clerk Circuit Court 8th Judicial Circuit
ILLINOIS, ADAMS CO.

| | |
|---|---|
| BECKY NEWKIRK, | ) |
| Plaintiff, | ) |
| vs. | ) No. 15-L- 51 |
| JASAN, LLC, a Delaware Limited Liability Company; ROSEFF, LLC, a Delaware Limited Liability Company; and CVS Pharmacy, Inc., a Rhode Island Corporation, | ) |
| Defendants. | ) Jury Trial Demanded |

## JURY DEMAND

**NOW COMES** Plaintiff, by and through her counsel of record, and pursuant to 735 ILCS 5/2-1105(a) hereby demand a trial by jury.

Respectfully submitted,

BECKY NEWKIRK, Plaintiff
BY GOEHL, SCHUERING, CASSENS & BIER
their attorneys

Per _Donald R. Schuering_
One of her attorneys

Donald R. Schuering
GOEHL, SCHUERING, CASSENS & BIER
506 Vermont St.
Quincy, IL 62301
Telephone: (217) 224-2555
Fax: (217) 224-2569
E-Mail Address: drs@gsclawnet.com
    Attorney for Plaintiff

{00037650.DOCX}

STATE OF ILLINOIS )
) SS
COUNTY OF ADAMS )

**FILED**
NOV 19 2015

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL
CIRCUIT OF ILLINOIS, ADAMS COUNTY

BECKY NEWKIRK, )
)
    Plaintiff, )
)
vs. ) No. 15-L-51
)
JASAN, LLC, a Delaware Limited Liability )
Company; ROSEFF, LLC, a Delaware Limited )
Liability Company; and CVS Pharmacy, Inc., )
a Rhode Island Corporation, )
)
    Defendants. ) Jury Trial Demanded

### AFFIDAVIT

This affidavit is made pursuant to Supreme Court Rule 222(b). Under the penalties of perjury as provided by Section 1-109 of the Code of Civil Procedure, the undersigned hereby certifies that the money damages sought by Plaintiffs herein does exceed fifty thousand dollars ($50,000.00).

Dated this 18th day of November, 2015

_____
Donald R. Schuering

Subscribed and sworn to before me this 18th day of November, 2015.

OFFICIAL SEAL
CHRISTINE F. INMAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES OCT. 10, 2017

_____
Notary Public

{00037650.DOCX}

Respectfully submitted,

BECKY NEWKIRK, Plaintiff
BY GOEHL, SCHUERING, CASSENS & BIER
her attorneys

Per _____
One of their attorneys

Donald R. Schuering
GOEHL, SCHUERING, CASSENS & BIER
506 Vermont St.
Quincy, IL 62301
Telephone: (217) 224-2555
Fax: (217) 224-2569
E-Mail Address: drs@gsclawnet.com
    Attorney for Plaintiff

{00037650.DOCX}