**NATIONAL CORPORATE RESEARCH, LTD.**
The Right Response at the Right Time, Every Time.

Dover, DE • Los Angeles • Sacramento • Springfield, IL • Albany • New York

850 New Burton Road, Suite 201, Dover, Delaware 19904
(302) 734-1450  Toll Free (866) 621-3524
Fax (800) 253-5177  Email: sop@nationalcorp.com

**Notice of Service of Process**

Page 1 of 1

DATE: December 1, 2015

TO: Allen Lev
Kin Properties, Inc.
185 NW Spanish River Blvd
Suite 100
Boca Raton, FL 33431

SENT VIA:
☑ Email
☐ Federal Express
☐ Fascimile Transmission
☑ Other: Regular Mail

RE: SERVICE OF PROCESS:

**JASAN LLC**

The enclosed Service of Process was received by the statutory agent in: **Illinois**
on the date of: **December 1, 2015**
received via: **Personal Service**

TITLE OF ACTION: Becky Newkirk vs. JASAN LLC, et al.

COURT AND CASE NO: In the Circuit Court of Adams County, Illinois

Case No.  15 L 51
Summons and Complaint

RESPONSE REQUIRED BY: see documents

NOTE:

Sincerely,

Andrew Lundgren, Manager - Registered Agent Services

Please carefully review the document referenced above to confirm all information, including the Response Date, for accuracy. The information noted above is provided based on our review and is not a legal opinion.
**PLEASE CONSULT THE SERVICES OF A COMPETENT PROFESSIONAL ATTORNEY.**



EXHIBIT B



**NATIONAL CORPORATE RESEARCH, LTD.**
The Right Response at the Right Time, Every Time.

Dover, DE • Los Angeles • Sacramento • Springfield, IL • Albany • New York

850 New Burton Road, Suite 201, Dover, Delaware 19904
(302) 734-1450  Toll Free (866) 621-3524
Fax (800) 253-5177  Email: sop@nationalcorp.com

## Notice of Service of Process

Page 1 of 1

| | |
|---|---|
| **DATE:** | December 1, 2015 |
| **TO:** | Allen Lev<br>Kin Properties, Inc.<br>185 NW Spanish River Blvd<br>Suite 100<br>Boca Raton, FL 33431 |

**SENT VIA:**
☑ Email
☐ Federal Express
☐ Fascimile Transmission
☑ Other: Regular Mail

**RE:**  SERVICE OF PROCESS:
**ROSEFF LLC**

---

The enclosed Service of Process was received by the statutory agent in: **Illinois**
on the date of: **December 1, 2015**
received via: **Personal Service**

TITLE OF ACTION:   Becky Newkirk vs. Jasan, LLC, et al.  Including: ROSEFF LLC

COURT AND CASE NO:   In the Circuit Court of Adams County, Illinois

Case No.  15 L 51
Summons and Complaint

RESPONSE REQUIRED BY:   see documents
NOTE:

Sincerely,

Andrew Lundgren, Manager - Registered Agent Services

---

Please carefully review the document referenced above to confirm all information, including the Response Date, for accuracy. The information noted above is provided based on our review and is not a legal opinion.
**PLEASE CONSULT THE SERVICES OF A COMPETENT PROFESSIONAL ATTORNEY.**

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL
CIRCUIT OF ILLINOIS, ADAMS COUNTY



NOV 1 9 2015

| | | |
|---|---|---|
| BECKY NEWKIRK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 15-L- 51 |
| | ) | |
| JASAN, LLC, a Delaware Limited Liability | ) | |
| Company; ROSEFF, LLC, a Delaware Limited | ) | |
| Liability Company; and CVS Pharmacy, Inc., | ) | |
| a Rhode Island Corporation, | ) | |
| | ) | |
| Defendants. | ) | Jury Trial Demanded |

## JURY DEMAND

**NOW COMES** Plaintiff, by and through her counsel of record, and pursuant to 735 ILCS 5/2-1105(a) hereby demand a trial by jury.

Respectfully submitted,

BECKY NEWKIRK, Plaintiff
BY GOEHL, SCHUERING, CASSENS & BIER
their attorneys

Per _____
One of her attorneys

Donald R. Schuering
GOEHL, SCHUERING, CASSENS & BIER
506 Vermont St.
Quincy, IL 62301
Telephone: (217) 224-2555
Fax: (217) 224-2569
E-Mail Address: drs@gsclawnet.com
Attorney for Plaintiff

{00037650.DOCX}

STATE OF ILLINOIS            )
                             ) SS
COUNTY OF ADAMS              )

FILED
NOV 1 9 2015

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL
CIRCUIT OF ILLINOIS, ADAMS COUNTY

| | |
|---|---|
| BECKY NEWKIRK, | ) |
| Plaintiff, | ) |
| vs. | ) No. 15-L-51 |
| JASAN, LLC, a Delaware Limited Liability Company; ROSEFF, LLC, a Delaware Limited Liability Company; and CVS Pharmacy, Inc., a Rhode Island Corporation, | ) |
| Defendants. | ) Jury Trial Demanded |

## AFFIDAVIT

This affidavit is made pursuant to Supreme Court Rule 222(b). Under the penalties of perjury as provided by Section 1-109 of the Code of Civil Procedure, the undersigned hereby certifies that the money damages sought by Plaintiffs herein does exceed fifty thousand dollars ($50,000.00).

Dated this 18th day of November, 2015

_____
Donald R. Schuering

Subscribed and sworn to before me this 18th day of November, 2015.

OFFICIAL SEAL
CHRISTINE F. INMAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES OCT. 10, 2016

_____
Notary Public

{00037650.DOCX}

Respectfully submitted,

BECKY NEWKIRK, Plaintiff
BY GOEHL, SCHUERING, CASSENS & BIER
her attorneys

Per _____
One of their attorneys

Donald R. Schuering
GOEHL, SCHUERING, CASSENS & BIER
506 Vermont St.
Quincy, IL 62301
Telephone: (217) 224-2555
Fax: (217) 224-2569
E-Mail Address: drs@gsclawnet.com
    Attorney for Plaintiff

{00037650.DOCX}

Summons-30 Day C-12

## IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT

### ADAMS COUNTY, ILLINOIS

BECKY NEWKIRK

      Plaintiff,

v.

JASAN, LLC, a Delaware Limited Liability Company; ROSEFF, LLC, a Delaware Limited Liability Company; and CVS Pharmacy, Inc., A Rhode Island Corporation,

      Defendants.

No. 15-L-51

### SUMMONS

To each defendant: JASAN, LLC, National Corp. Research, L, 600 So. Second St., Ste. 404, Springfield, IL

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court at the Adams County Courthouse in Quincy, Illinois, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

Witness, November 19, 2015

_Lori R. Geschwandner_
Clerk of Court.

By _____, Deputy

Name: Goehl, Schuering, Cassens & Bier
Attorney for: Plaintiff
Address: 506 Vermont
City: Quincy, IL 62301
Telephone: (217) 224-2555

(Seal of Court)

Date of service _____, 20____
(To be inserted by officer on copy left with defendant or other person.)

REVISED 2-11-00

## SHERIFF'S FEES

Service and return .................................... $ _____

Miles ................................................ $ _____

Total ............................................... $ _____

..................................................

Sheriff of ....................... County

## SHERIFF'S RETURN

**(A)–(Individual defendants–personal):**

1. I certify that I served the within Writ on the named Defendant ...........................................

   Sex ..... Race ..... Age ..... by leaving a copy thereof with the said defendant personally

   (address) ......................................................................................

   on ................(date)................ at .......(time)... A.M. .......(time)... P.M.

2. I certify that I served the within Writ on the named Defendant ...........................................

   Sex ..... Race ..... Age ..... by leaving a copy thereof with the said defendant personally

   (address) ......................................................................................

   on ................(date)................ at .......(time)... A.M. .......(time)... P.M.

   .................................................... , Sheriff, by ......................... DEPUTY.

**(B)–(Individual defendants–abode):**

I certify that I served the within Writ by leaving a copy and a copy of the Complaint at the usual place of abode of each individual defendant with a person of h ... family of the age of 13 years or upwards, informing that person of the contents of the Summons, and also by sending a copy of the Summons and of the Complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at h ... usual place of abode, as follows:

1. ..........(name of defendant).......... On ..........(name of person served).......... (sex) (race) (age)

   ..........(address served at–exact, if possible).......... (date) (time) A.M. (time) P.M.

   Date of Mailing ...............................................................................

2. ..........(name of defendant).......... ..........(name of person served).......... (sex) (race) (age)

   ..........(address served at–exact, if possible).......... On (date) (time) A.M. (time) P.M.

   Date of Mailing ...............................................................................

   .................................................... , Sheriff, by ......................... DEPUTY.

**(C)–(Corporation defendants):**

I have duly served the within Writ upon the within named: .....................................................

........................................................................ by reading and by delivering a true copy

thereof to ........................................ ..................(TITLE)..................

Sex ..... Race ..... Age ..... at ..........................(address served at–exact, if possible)..........

..........(date).......... ..........(time).......... A.M. ..........(time).......... P.M.

.................................................... , Sheriff, by ......................... DEPUTY.

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL
CIRCUIT OF ILLINOIS, ADAMS COUNTY

BECKY NEWKIRK, )
)
    Plaintiff, )
)
vs. ) No. 15-L-51
)
JASAN, LLC, a Delaware Limited Liability )
Company; ROSEFF, LLC, a Delaware Limited )
Liability Company; and CVS Pharmacy, Inc., )
a Rhode Island Corporation, )
)
    Defendants. ) Jury Trial Demanded

## COMPLAINT

**NOW COMES** the Plaintiff, BECKY NEWKIRK, by her attorneys, GOEHL, SCHUERING, CASSENS, & BIER, in the person of Donald R. Schuering, and for her Complaint against Defendants, JASAN, LLC; ROSEFF, LLC; AND CVS PHARMACY, INC., states as follows:

### JURISDICTION AND VENUE

1. At all times relevant to this action, Plaintiff, Becky Newkirk, was and is a resident of Quincy, Adams County, Illinois.

2. Defendant, Jasan, LLC, is a Delaware limited liability company, and owns a 50% interest in the real estate located at 436 N. 30th Street/3001 Broadway, Quincy, Adams County, Illinois.

3. Defendant, Roseff, LLC, is a Delaware limited liability company, and owns a 50% interest in the real estate located at 436 N. 30th Street/3001 Broadway, Quincy, Adams County, Illinois.

4. Defendant, CVS Pharmacy, Inc., is a Rhode Island corporation authorized to do business in the State of Illinois, and owns a retail establishment at 436 N. 30th Street/3001 Broadway, Quincy, Adams County, Illinois.

5. Venue is proper in Adams County, Illinois, pursuant to 735 ILCS 5/2-101, because the Defendants, Jasan, LLC and Roseff, LLC, own real property in Adams County, Illinois; Defendant, CVS Pharmacy, Inc., is authorized to do business in Illinois and operates a business in Adams County, Illinois; and the incident and occurrence giving rise to this cause of action occurred in Adams County, Illinois and occurred on real property owned by Defendants, Jasan, LLC and Roseff, LLC, and upon which Defendant, CVS Pharmacy, Inc. operates it business.

## CAUSE OF ACTION AGAINST ALL DEFENDANTS
### (NEGLIGENCE/PREMISES LIABILITY)

6. On or about February 6, 2015, at approximately 2:00 p.m., Plaintiff, Becky Newkirk, was walking from the parking lot at 436 North 30th Street/3001 Broadway, Quincy, Illinois (the "Premises") to the sidewalk preparing to enter into the CVS Pharmacy at that location.

7. When Plaintiff reached the sidewalk/curb, she stepped up onto the curb and onto an uneven, broken, crushed, and damaged segment of the curbing and walkway, causing Plaintiff's foot to become lodged and caught, and causing Plaintiff to fall.

8. In the course of ownership, operation, maintenance, possession and control of the Premises, the Defendants invited customers and the public, including the Plaintiff, to enter said Premises for the purpose of parking their vehicles, and shopping at the CVS store.

9. The Plaintiff was lawfully upon the Premises, pursuant to said invitation, as a customer intending to shop at the CVS store.

10. Defendants owed a duty to exercise ordinary care to avoid causing injury to Plaintiff.

11. At all times relevant herein, the Plaintiff was in the exercise of ordinary care and caution for her own safety.

12. At the time and place referred to above, Defendants breached its duty to Plaintiff by committing one or more of the following acts or omissions of negligence:

    a. Defendants failed to maintain the premises in a reasonably safe manner so as to avoid the injury to the Plaintiff.

    b. The damaged portion of the curbing and walkway constituted an unreasonably safe condition and although Defendants knew, or should have known, of the condition, Defendants failed to take the appropriate steps to make the condition safe.

    c. Defendants failed to warn Plaintiff of the condition;

    d. Defendants failed to maintain a reasonably safe means of passage for its customers.

13. As a direct and proximate result of one or more of the foregoing acts of negligence of Defendants, Plaintiff (a) was caused to suffer severe, permanent and disfiguring injuries, internally and externally, which have caused and will continue to cause her pain in body and mind; and (b) was caused to expend, and will be compelled to expend in the future, large sums of money for medical care for the treatment of said injuries.

WHEREFORE, Plaintiff, BECKY NEWKIRK, prays for judgment against Defendants, , JASAN, LLC; ROSEFF, LLC; AND CVS PHARMACY, INC., in a sum that is fair and reasonable and in excess of fifty thousand dollars ($50,000.00), for prejudgment interest, for the costs herein incurred and for such other and further relief as the court deems just and proper under the circumstances.

Respectfully Submitted,

BECKY NEWKIRK, Plaintiff

BY GOEHL, SCHUERING, CASSENS & BIER
their attorneys

Per _[signature]_
One of their attorneys

## VERIFICATION

The undersigned, under penalties as provided pursuant to 735 ILCS 5/1-109, certifies that she is the Plaintiff herein, and as such is familiar with the facts and circumstances of the incident alleged herein, and further certifies that the statements and allegations set forth in this Complaint and those allegations deemed alleged are true and correct, except as to matters therein stated to be on information and belief, and as to such matters, the undersigned certifies as aforesaid that she verily believes the same to be true.

Date: November _18_, 2015        _[signature]_
                                 Becky Newkirk

Subscribed and sworn to before me this _18th_ day of November, 2015,

_[signature]_
Notary Public

OFFICIAL SEAL
CHRISTINE F. INMAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES OCT. 10, 2016

Donald R. Schuering
GOEHL, SCHUERING, CASSENS & BIER
506 Vermont St.
Quincy, IL 62301
Telephone: (217) 224-2555
Fax: (217) 224-2569
E-Mail Address: drs@gsclawnet.com
    Attorney for Plaintiff