E-FILED
Tuesday, 18 April, 2017  10:26:32 AM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| **BECKY NEWKIRK,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 16-3090 |
| | ) |
| **HIGHLAND PARK CVS, LLC,** | ) |
| **JASAN LLC, a Delaware Limited** | ) |
| **Liability Company, and ROSEFF,** | ) |
| **LLC, a Delaware Limited** | ) |
| **Liability Company**, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon motion of the Plaintiff and without objection of the Defendants and the Court being advised that the above-captioned case is settled, it is hereby ordered that this cause is dismissed with prejudice. Each party shall pay their own costs.

**ENTER: April 18, 2017**

**FOR THE COURT:**

    <u>s/Sue E. Myerscough</u>
**SUE E. MYERSCOUGH**
**UNITED STATES DISTRICT JUDGE**